THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | : <br> : <br> : CIVIL ACTION NO. 3:19-CV-1089 |
| Plaintiff, | : (JUDGE MARIANI) <br> : (Magistrate Judge Carlson) |
| v. | : |
| WINOLA CONSTRUCTION CORP., et al., | : <br> : <br> : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** 5th **DAY OF JULY 2023,** upon consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 41), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 41) is **ADOPTED** for the reasons set forth therein;

2. The Motion for Summary Judgment of Plaintiff Selective Insurance Company of the Southeast (Doc. 7) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants in the amount of $137,485.07;

4. The Clerk of Court is directed to **CLOSE** the federal action.

_____
Robert D. Mariani
United States District Judge